UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

                Plaintiff,

    -against-

APMEX, INC.,

                Defendant.

------------------------------------------x

ORDER

19 Civ. 3408 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: July 18, 2019
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE